# COMPLAINT
(for filers who are prisoners without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. District Court
Wisconsin Eastern
AUG 01 2025
FILED
Clerk of Court

(Full name of plaintiff)

TERRON EGERSON

v.

(Full name of defendant(s))

Amber Avery

Case Number: 25-C-1140

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of WISCONSIN, and is located at
   (State)
   
   949 N. 9th Street Milwaukee, WI 53233
   (Address of prison or jail)

2. Defendant Amber Avery
   (Name)
   is (if a person or private corporation) a citizen of WISCONSIN
   (State, if known)
   and (if a person) resides at _____
   (Address, if known)

Complaint – 1

and (if the defendant harmed you while doing the defendant's job)

worked for <u>Milwaukee County Jail, Milwaukee, WI 949 N 9th St,</u>
(Employer's name and address, if known) 53233

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Plaintiff Terron Egerson, is an inmate at the Milwaukee County Jail, in Milwaukee, WI. On July 10, 2025 In Pod 5D, LT Amber Avery was doing cell inspections after 17:45 the scheduled lock in time. Egerson stood by his cell; prior to locking in he heard someone in his cell, not knowing it was a staff member, ran into his cell attempting to close the door. Once Egerson realized it was a staff member, he retreated in a non-threatening, surrender gesture. LT Avery proceeded to charge at Egerson and violently slam him to the ground causing injury to his right hand. LT Avery said she felt threatened by Egerson

and reacted to prevent an assault. Egerson was charged with 3 major violations and given 30 days on discipline and administrative segregation. Egerson seeks monetary damages for the unnecessary and excessive use of force, the injury caused by this, defamation of character, hinderance of legal process from time on segregation, and compesation from his injuries.

C. JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

Egerson seeks $1,000,000 and a demotion of LT Amber Avery. As well as officers body camera to be activated every time entering inmates cells.

E. JURY DEMAND

I want a jury to hear my case.

☐ – YES    ☑ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this 28th day of July 20 25.

Respectfully Submitted,

*Tenor Egerson*
Signature of Plaintiff

20230067735 spn 526633
Plaintiff's Prisoner ID Number

949 N 9th Street, Milwaukee, WI
53233
(Mailing Address of Plaintiff)

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5
Case 2:25-cv-01140-LA    Filed 08/01/25    Page 5 of 5    Document 1