TERRON EGERSON
Milwaukee County Jail
949 N. 9th Street
Milwaukee, Wisconsin 53233
POD 4A    CELL 17
BOOKING# 20230006735

MILWAUKEE WI 530
30 JUL 2025 PM 2 L

FOREVER / USA

Clerk of Court
United States District Court for
the Eastern District of Wisconsin
517 East Wisconsin Avenue, Room 362
Milwaukee, WI 53202

AUG 1 2025

U.S. Marshals
Eastern District

53202-458299